# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIUDMYLA IEGOROVA, | No. 2:19-cv-00036-TLN-DB |
| Plaintiff, | |
| v. | **ORDER** |
| KEVIN ASLANYAN, | |
| Defendant. | |

Plaintiff Liudmyla Iegorova is proceeding *pro se* in the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On July 31, 2019, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen (14) days after service of the findings and recommendations. (ECF No. 3.) Plaintiff has not filed any objections to the findings and recommendations.

Although it appears from the docket that Plaintiff's copy of the Findings and Recommendations were returned, Plaintiff was properly served. It is Plaintiff's responsibility to keep the Court apprised of Plaintiff's current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

The Court has reviewed the file and finds the Findings and Recommendations to be

1

supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 31, 2019 (ECF No. 3), are adopted in full;

2. Plaintiff's application to proceed in forma pauperis, filed January 4, 2019 (ECF No. 2), is DENIED;

3. Plaintiff's Complaint, filed January 4, 2019 (ECF No. 1), is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B); and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: October 28, 2019

Troy L. Nunley
United States District Judge